# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HARRIS, | CASE NO. 04cv1264-BEN (NLS) |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION WITHOUT PREJUDICE** |
| vs. | |
| TACO BELL CORP. et al., | |
| Defendants. | |

Plaintiff has filed an action against Defendants alleging violations of the Americans With Disabilities Act. On June 6, 2006, the Honorable Magistrate Judge Nita L. Stormes issued a thoughtful and thorough Report and Recommendation recommending the action be dismissed without prejudice since Plaintiff is a member of a certified class of plaintiffs in a case against the same defendants still pending in the Northern District of California. No objection to the Report has been filed. Good cause appearing, the Court concurs with and adopts the Report. Accordingly, the action is DISMISSED without prejudice. The Clerk may close the file.

**IT IS SO ORDERED**.

DATED: May 14, 2007

_____
Hon. Roger T. Benitez
United States District Judge

- 1 -                                                            04cv1264